AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

RICHARD HOLLEN PRUITT,

      Petitioner,               JUDGMENT IN A CIVIL CASE

  V.

                                      CASE NUMBER: **3:03-CV-00685-RLH-VPC**

DON HELLING, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (#1) is **DENIED**.

      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY**.


   September 17, 2009                            **LANCE S. WILSON**
                                                                   Clerk


                                                                 /s/ D. R. Morgan
                                                                  Deputy Clerk